UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:14-CR-00400-JO |
| v. | ORDER OF DISMISSAL |
| JUAN FRANCISCO AGUIRRE-VELASQUEZ, | |
| Defendant. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Indictment filed on October 1, 2014, in the above-titled case is dismissed without prejudice.

DATED this 27 day of May 2016.

_____
The Honorable Robert E. Jones
UNITED STATES DISTRICT JUDGE

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon

s/ Gregory R. Nyhus
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney